# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

CHARMAINE SAUNDERS,

Appellant,

v.

JEREMY SMITH,

Appellee.

No. 2D2025-0569

_____

November 12, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; James Moody, Judge.

Charmaine Saunders, pro se.

Joye B. Walford and Michael C. Clarke of Kubicki Draper, P.A., Tampa, for Appellee.


PER CURIAM.

     Affirmed.


VILLANTI, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.